

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2022

No. 04-22-00001-CV

**IN RE** Jordan **HOPPE**, Relator(s)

Original Proceeding[1]

### ORDER

On January 4, 2022, relator filed a petition for writ of mandamus. On January 14, 2022, the real party in interest filed a response. After considering the petition, the appendix, and the response, this court concludes relator has not shown herself to be entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on March 9, 2022.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2022.

Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2017-CI-02605, styled *In the Interest of M.H. and A.H.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.